# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CHAD R. BALDWIN,

Appellant,

v.

ESTATE OF EMMA JEAN BALDWIN c/o RICHARDSON
LADD BALDWIN as Personal Representative; KYLE
DOROLETTE BALDWIN; RICHARDSON LADD BALDWIN;
and JODY JEAN BALDWIN/DURHAM,

Appellees.

No. 2D2025-2865

_____

April 17, 2026

Appeal from the Circuit Court for Hillsborough County; Catherine Catlin,
Judge.

Chad R. Baldwin, pro se.

David C. Jordan of David C. Jordan, PLLC, Land O' Lakes, for Appellees.


PER CURIAM.

   Affirmed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.